**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **'16 - CV - 00102**

.(To be supplied by the court)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2016 JAN 15 AM 10: 25

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

*Kenneth L. Moore,*

Plaintiff,

v.

*United States Postal Service*

Defendant.

---

## TITLE VII COMPLAINT

---

### PARTIES

1.  Plaintiff *Kenneth Moore* is a citizen of *United States* who presently resides at the following address: *233 S. Circle Dr., Colorado Springs, CO. 80910*

2.  Defendant *United State Postal Service* lives at or is located at the following address: *1745 Stout St., Suite 500 Denver, CO. 80299*

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3.  Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4.  Defendant is an employer within the meaning of Title VII.

5.  The alleged unlawful employment practices took place at the following location: *3655 E. Fountain Blvd., Colorado Springs, CO. 80910*

6.  Jurisdiction also is asserted pursuant to the following statutory authority: _____

(Rev. 07/06)

## ADMINISTRATIVE PROCEDURES

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on _____ (date) regarding the alleged discriminatory conduct by Defendant(s).

8. Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on _____ (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    ___✓___ Race          ___✓___ Color          _____ Religion

    _____ Sex          _____ National Origin

    _____ Other (please specify) _____

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    _____ Failure to hire

    _____ Failure to promote

    ___✓___ Demotion/discharge from employment

    ___✓___ Other (please specify) *Whistleblowing, sexual harrassment, Privacy Act, violence in the workplace, working in unsafe and unhealthy work environment*

(Rev. 07/06)

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.
Alternatively, you may attach to the complaint a copy of the charge of discrimination
you submitted to the Equal Employment Opportunity Commission.)

1.) I contacted Congressman Doug Lamborn in 2007 about the Phone called made to my Apartment. I received no reply. I contacted Mr. Lamborn's office in 2010. I got a reply. (see Attachments)

2.) I contacted Mr. Sylvester Black (Western Area Vice President) office in 2011 and 2012. I also contacted Mr. Roland Fuentes's (Senior Plant Manager) office in 2011 and 2012 about a sexual harassment problem. And Illegal drugs and alcohol used on the property. (see Attachments)

3.) I filed sexual harassment against Mr. Edilberto Daisog in 2013. Mr. Robert Cornwell filled out the Publication 552. I also filed a restraining order against Mr. Daisog.

4.) On June 26, 2014, has I was about to leave from the maintenance shop. Mr. Curt Meggers left his office and came into the shop. He then started yelling at me about the 1260 card. Which I had just filled out (see attachments)

(Rev. 07/06)    3

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

5.) In June of 2006, I contacted Postal Inspectors Lou from the downtown station (Postal office building). I gave Mr. Lou a list of names among them were two maintenance employees.

* In July of 2010, Mr. Roger L. Nichols (plant Manager at that time) contacted the Postal Inspectors on me.

* On March 2, 2012, the Postal Inspectors came to my apartment making a scene.

* I contacted OSHA in May of 2014, September of 2014, October of 2013, 2010, and May of 2009. (see attachments for all above.)

6.) In June of 2006, March of 2008, March of 2013, March of 2015 my personal information was given out. Under the Privacy Act, no persons information is to be given out without the person's consent. (see Attachment)

**THIRD CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

7.) The United States Postal Service has a form used to Report a Hazard, Unsafe condition or Practice. The form is called a 1767 safety Form. Many 1767 were written by me and I received no reply. (see Attachments)

8.) On March 28, 2012, There was a EEOC Mediation with Miss Anastasia M. Sdacovich. Present was Miss Carol Federico (Representative), Myself, and Jennifer C. Rowe. (see Attachments)

9.) The Request for Information document is used by the Union (APWU). The document is used to help the union to process girievance's. (see attachments)

10.) The United states Postall service as a safety captain program. I took the safety captain training in June 2010; I asked Mr. Robert Cornwell for a refresher in 2012. Mr. Cornwell would not give me the refresher. (see attachments)

11.) Statements (see attachments)

12.) Management Officials (see attachments)

(Rev. 07/06)                                   5

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

*# 3 million Dollars.*

*# 80% Diability Retirement*

Date: *1-15-16*

*Kenneth L. Moore*
(Plaintiff's Original Signature)

*233 S. Circle Dr.*
(Street Address)

*Colorado Springs, CO. 80910*
(City, State, ZIP)

*(719) 235-1828*
(Telephone Number)